SEYFARTH SHAW LLP
Scott M. Pearson (SBN 173880)
spearson@seyfarth.com
Joseph A. Escarez (SBN 266644)
jescarez@seyfarth.com
Carrie P. Price (SBN 292161)
cprice@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant and Counterclaimant
  COMENITY BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEBRA VON TRAPP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANN TAYLOR RETAIL, INC.; and COMENITY BANK,<br><br>　　　　Defendants.<br><br>―――――――――――<br><br>COMENITY BANK,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>DEBRA VON TRAPP,<br><br>　　　　Counterclaim Defendant. | Case No. 8:14-cv-01565-JVS-AN<br><br>**[PROPOSED] COUNTERCLAIM-IN-INTERVENTION FOR DECLARATORY JUDGMENT BY DEFENDANT AND COUNTERCLAIMANT COMENITY BANK**<br><br>Judge: The Hon. James V. Selna<br>Dept:   10C |

Defendant and counterclaimant Comenity Bank ("Comenity"), by and through undersigned counsel, alleges as follows:

## THE PARTIES

1. Comenity is a Delaware state-chartered bank which issues private label credit cards for use at various retailers, as well as co-branded credit cards.

2. Upon information and belief, defendant Debra Von Trapp ("Von Trapp") is an individual residing in or near Irvine, California.

## JURISDICTION

3. This Court has subject matter jurisdiction over this claim for declaratory judgment pursuant to 28 U.S.C. § 1331 because Comenity presents a claim "arising under the Constitution, laws, or treaties of the United States." Comenity's claim arises under the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681, et seq., giving this Court original jurisdiction.

## VENUE

4. Venue is proper in the Central District of California under 28 U.S.C. § 1391(b) because Von Trapp resides in this District.

## FACTS COMMON TO ALL CLAIMS

5. Comenity issues Ann Taylor-branded credit cards for use at retail stores operated by Ann, Inc. ("Ann").

6. Although consumers may use a private label Ann Taylor credit card at Ann Taylor stores, neither Ann nor any of its subsidiaries issue or service Ann Taylor credit card accounts, or furnish any consumer information on these accounts to credit reporting agencies.

7. In connection with the servicing of its credit card accounts, Comenity furnishes credit reporting data to the three major credit reporting agencies: Equifax, Experian and TransUnion.

8. Comenity furnished information related to Von Trapp's Ann Taylor credit card account ending in 5133 (the "Account") to Equifax, Experian and TransUnion.

9. Comenity received an automated consumer dispute verification ("ACDV") from Trans Union regarding the Account on September 5, 2013.

10. The TransUnion ACDV indicated that Von Trapp disputed that the Account was hers. The TransUnion ACDV indicated: "Not his/hers. Provide or confirm completed ID."

11. In compliance with its statutory duties under 15 U.S.C. § 1681s-2(b), Comenity reviewed the ACDV, investigated the matter and responded promptly to TransUnion on September 12, 2013—well within the 30-day period provided by the statute. See 15 U.S.C. § 1681s-2(b)(2).

12. Based on the information provided to it by Comenity, TransUnion deleted the tradeline on the Account.

13. Thereafter, on October 10, 2013, Comenity submitted an instruction to Equifax to delete the tradeline on the Account. On October 14, 2013, Comenity submitted an instruction to Experian to delete the tradeline on the Account. Although TransUnion had already deleted the tradeline on the Account, on October 14, 2013, Comenity also submitted an instruction to TransUnion to delete the tradeline on the Account.

## CLAIM FOR RELIEF

**(Declaratory Judgment)**

14. Comenity incorporates and realleges the foregoing paragraphs as though fully set forth herein.

15. There is an actual and justiciable controversy between Comenity and Von Trapp regarding whether Comenity complied with the FCRA and other applicable law with respect to the furnishing of consumer credit information to the three major credit reporting agencies and Comenity's response to a reported dispute associated with Von Trapp's Account.

16. As a matter of law, Comenity did not violate the FCRA or any other applicable law with respect to Von Trapp or her Account. Rather, Comenity complied

with the FCRA, 15 U.S.C. § 1681s-2(b), which requires that upon receipt of a notice an ACDV, the furnisher must, within thirty (30) days of receiving notice:

    a. Review all relevant information provided by the credit reporting agency in connection with the dispute;

    b. Conduct a reasonable investigation of the dispute (as described to the furnisher by the credit reporting agency);

    c. Report the results of the investigation to the credit reporting agency;

    d. If the investigation finds that the information investigated was incomplete or inaccurate, report those results to all other credit reporting agencies; and

    e. Modify, delete or permanently block incorrect information, if any.

17. Comenity only received a notice of dispute regarding the Account from TransUnion. Upon receiving this notice on September 5, 2013, Comenity promptly reviewed the Account information; conducted a reasonable investigation of the dispute; reported the results of the investigation to TransUnion on September 12, 2013; and instructed that the credit reporting agencies delete the tradeline on the Account.

18. Because Comenity did not receive a notice of dispute from Experian or Equifax — the event that triggers a furnisher's obligations under the FCRA, Comenity is not liable to Von Trapp for any alleged inaccuracies reported to those credit reporting agencies, under the FCRA or otherwise. Nonetheless, as alleged above, Comenity promptly instructed that Equifax and Experian delete the tradelines for the Account.

19. Because the FCRA preempts state-law claims based on credit reporting, Comenity cannot be liable to Von Trapp for defamation or any other state-law claim based on its reporting of Von Trapp's credit information.

//
//
//

3

# PRAYER FOR RELIEF

WHEREFORE, Comenity respectfully requests that the Court:

1. Issue a declaratory judgment declaring that Comenity has no liability to Von Trapp for credit reports concerning her or her Account, under the FCRA or state law;

2. Award Comenity its costs and attorneys' fees incurred in prosecuting this action; and

3. Grant such additional or other relief as the Court deems just and proper.

DATED: October 15, 2014  Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Carrie P. Price*
Scott M. Pearson
Joseph A. Escarez
Carrie P. Price

Attorneys for Defendant and Counterclaimant
COMENITY BANK